**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 08-1676**

───────────

SANDRA B. RANDOLPH,

         Plaintiff - Appellant,

    v.

NEW HANOVER COUNTY REGISTRAR OF DEEDS REBECCA TUCKER SMITH,
in her individual capacity, and in her capacity as New
Hanover County Registrar of Deeds,

         Defendant - Appellee.

───────────

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.  Louise W. Flanagan,
Chief District Judge.  (4:06-cv-00233-FL)

───────────

Submitted:  April 21, 2009              Decided:  May 14, 2009

───────────

Before MICHAEL and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Angela Gray, GRAY NEWELL, LLP, Greensboro, North Carolina, for
Appellant. James R. Morgan, Jr., Mary Craven Adams, WOMBLE
CARLYLE SANDRIDGE & RICE, Winston-Salem, North Carolina, for
Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sandra B. Randolph appeals the district court's order granting summary judgment for Defendant on Randolph's claims of racial discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Randolph v. New Hanover County Registrar of Deeds</u>, No. 4:06-cv-00233-FL (E.D.N.C. May 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>